IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN BURRELL,

    Petitioner,               No. CIV S-09-1734 DAD

    vs.

D.K. SISTO, Warden,          ORDER AND

    Respondent.           FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed July 2, 2009, petitioner was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, or his application for a writ of habeas corpus would be dismissed.  The thirty day period has now expired, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action;

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1 days after being served with these findings and recommendations, petitioner may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).
6 DATED: August 13, 2009.

                               /s/ Dale A. Drozd
                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

10 DAD:lg
    burr1734.fpf

2